IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| **MARY DIFEDERICO,** *et al.*, | * |
| Plaintiffs, | * |
| v. | * Civil Case No.: RWT 11cv1508 |
| **MARRIOTT INTERNATIONAL, INC.,** | * |
| Defendant. | * |

## ORDER

Upon consideration of Defendant's Motion to Dismiss, Doc. No. 23, the opposition thereto, the arguments presented by counsel at a hearing held before the undersigned on March 26, 2012, and for the reasons stated in the accompanying Memorandum Opinion, is this 25th day of April, 2012, by the United States District Court for the District of Maryland,

**ORDERED**, that Defendant's Motion to Dismiss, Doc. No. 23, is **GRANTED**; and it is further

**ORDERED**, that the Compliant is **DISMISSED**; and it is further

**ORDERED**, that judgment and costs are entered in favor of Defendant; and it is further

**ORDERED**, that the Clerk is directed to **CLOSE** the case.

/s/
ROGER W. TITUS
UNITED STATES DISTRICT JUDGE