IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

|  |  |  |
|---|---|---|
| **MARY DIFEDERICO,** *et al.*, | * | |
| Plaintiffs, | * | |
| v. | * | Case No. RWT 11-cv-1508 |
| **MARRIOTT INTERNATIONAL, INC.,** | * | |
| Defendant. | * | |

## ORDER

Upon consideration of Defendant's Motion to Dismiss (ECF No. 65), Plaintiffs' Response in Opposition thereto (ECF No. 70), Defendant's Reply (ECF No. 71), the arguments presented by counsel at a hearing held before the undersigned on November 6, 2013, and for the reasons stated on the record, it is this 6th day of November, 2013, by the United States District Court for the District of Maryland,

**ORDERED**, that Defendant's Motion to Dismiss (ECF No. 65) is **DENIED**; and it is further

**ORDERED**, that in accordance with the Scheduling Order of October 2, 2013 (ECF No. 77), the deadline for Defendant to file a Motion for Summary Judgment shall be **March 31, 2014**; and it is further

**ORDERED**, that the deadline for Plaintiffs to file a Response shall be **April 28, 2014**; and it is further

**ORDERED**, that the deadline for Defendant to Reply shall be **May 19, 2014**; and it is further

**ORDERED**, that a two-hour hearing on Defendant's Motion for Summary Judgment is **SCHEDULED** for **June 30, 2014 at 10 a.m.**

                                                /s/
                                    ROGER W. TITUS
                        UNITED STATES DISTRICT JUDGE