UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MARYLAND
(SOUTHERN DIVISION)

MARY DIFEDERICO
229 Pinnacle Shores Dr.
Bluffton, South Carolina 29909
*individually and as Personal Representative of*
*THE ESTATE OF ALBERT DIFEDERICO*

And                                                                                                                         Case No:8:11-cv-01508-RWT
NICHOLAS DIFEDERICO
6248 Clay Pipe Ct.
Centreville, Virginia 20121
*Individually*

And
ERIK DIFEDERICO
501 Pelham Drive
Apartment D302
Columbia, South Carolina 29209
*Individually*

And
GREG DIFEDERICO
501 Pelham Drive
Apartment D302
Columbia, South Carolina 29209
*Individually*

        Plaintiffs

vs.

MARRIOTT INTERNATIONAL, INC.
Serve On Resident Agent:
  CSC-Lawyers Incorporating Service Company
  7 St. Paul Street, Suite 1660
  Baltimore, Maryland 21202

        Defendant
                                                                                              /

# PLAINTIFFS' MOTION TO FILE UNDER SEAL PLAINTIFFS' MOTION FOR LEAVE TO AMEND

Plaintiffs, Mary Difederico, Nicholas DiFederico, Erik DiFederico, and Greg DiFederico, by and through their undersigned counsel and pursuant to Local Rule 105(11), hereby respectfully request that this Court enter an order sealing Plaintiffs' Motion for Leave to Amend, and in support thereof, state as follows:

1. On October 25, 2013, the Parties jointly entered into a Stipulated Order [D.E. 82] governing the production and use of certain documents and deposition testimony deemed to be confidential by the producing party.

2. The Order provides:

> Confidential Information Filed with Court. To the extent that any materials subject to this Confidentiality Order (or any pleading, motion or memorandum disclosing them) are proposed to be filed or are filed with the Court, those materials and papers, or any portion thereof which discloses confidential information, shall be filed under seal (by the filing party) with the Clerk of the Court … .

[D.E. 82 at ¶ 2].

3. Local Rule 105(11) of the United States District Court for the District of Maryland provides that a party seeking to make a filing under seal must set forth "proposed reasons supported by specific factual representations to justify sealing and an explanation why alternatives to sealing would not provide sufficient protection." L.R. 105(11).

4. This case involves claims by the Plaintiffs that the security measures designed by Marriott to protect hotel guests against terrorism were deficient. Therefore, the discovery in this case has been directed towards Marriott's specific security requirements and protocols. In Plaintiffs' Motion for Leave to Amend, Plaintiffs describe those security requirements in detail and also attach the deposition of Alan Orlob, Marriott's head of international security.

5. Given that Plaintiffs' Motion contains information that, if disclosed, could create the risk that third parties obtain Marriott's entire security protocol, Plaintiff requests that this information be filed under seal. Plaintiffs' request also complies with the parties' stipulation to maintain the confidentiality of this information.

6. No alternative to sealing, such as redaction, would provide the protection necessary to ensure this information is not obtained and reviewed by third parties who might be able to utilize these plans to orchestrate a future attack.

7. Plaintiffs have conferred with the Defendant with respect to this issue and Defendant agrees that this information should be filed under seal.

WHEREFORE, Plaintiffs respectfully request that this Court grant its Motion and seal the aforementioned Motion for Leave to Amend.

Respectfully submitted,

/s/ Matthew P. Leto
Andrew C. Hall, Esquire
andyhall@hlhlawfirm.com
Matthew P. Leto, Esquire
mleto@hlhlawfirm.com
HALL, LAMB AND HALL, P.A.
2665 S. Bayshore Drive, Penthouse One
Miami, Florida 33133
305-374-5030 (P)
305-374-5033 (F)
Jonathan A. Azrael, Esquire
jazrael@aflaw.net
AZRAEL, FRANZ, SCHWAB &
LIPOWITZ, LLC
101 E. Chesapeake Avenue, 5th Fl.
Towson, Maryland 21286
410-821-6800 (P)
410-821-1265 (F)

{9764/00355335.1}

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on May 23, 2014, I caused the foregoing document to be electronically filed with the Clerk of Court using CM/ECF. I also certify that the foregoing document is being served this day on Ronald Wick, Esq., Melissa Helen Maxman, Esq. and Paul K. Leary, Esq., 1627 I Street N.W., Suite 1100, Washington D.C., 20006 via the Court's CM/ECF system.

By: _s:/ Matthew P. Leto_
     Matthew P. Leto

{9764/00355335.1}