# UNITED STATES DISTRICT COURT
# DISTRICT OF MARYLAND

**ROGER W. TITUS**  
UNITED STATES DISTRICT JUDGE

6500 CHERRYWOOD LANE  
GREENBELT, MARYLAND 20770  
301-344-0052

## M E M O R A N D U M

TO: Counsel of Record

FROM: Judge Roger W. Titus

RE: *DiFederico et al v. Marriott International, Inc.*  
Civil No. RWT-11-1508

DATE: June 2, 2014

\* \* \* \* \* \* \* \* \*

A telephone status conference is hereby scheduled for **June 10, 2014 at 5:30 p.m.** to be initiated by counsel for the Plaintiff.

Despite the informal nature of this ruling, it shall constitute an Order of the Court, and the Clerk is directed to docket it accordingly.

/s/  
Roger W. Titus  
United States District Judge