**UNITED STATES DISTRICT COURT**
**DISTRICT OF MARYLAND**

**ROGER W. TITUS**　　　　　　　　　　　　　　　　　　　　　　　　　**6500 CHERRYWOOD LANE**
**UNITED STATES DISTRICT JUDGE**　　　　　　　　　　　　　　　　　**GREENBELT, MARYLAND 20770**
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　**301-344-0052**

# M E M O R A N D U M

TO:　　　　Counsel of Record

FROM:　　Judge Roger W. Titus

RE:　　　　*DiFederico et al v. Marriott International, Inc.*
　　　　　　Civil No. RWT-11-1508

DATE:　　June 10, 2014

　　　　　　　　　　　　　　　　* * * * * * * * *

　　　　The Court having conducted a telephone status conference on June 10, 2014, the hearing currently scheduled for June 30, 2014 is hereby **RESCHEDULED** for **September 15, 2014** at 1:00 p.m. for two hours.

　　　　Despite the informal nature of this ruling, it shall constitute an Order of the Court, and the Clerk is directed to docket it accordingly.


　　　　　　　　　　　　　　　　　　　　　　　　　/s/
　　　　　　　　　　　　　　　　　　　　　　　Roger W. Titus
　　　　　　　　　　　　　　　　　　　　　　　United States District Judge