IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
SOUTHERN DIVISION

| | |
|---|---|
| MARY DIFEDERICO, et al., | : |
| Plaintiffs, | : |
| v. | : CIVIL ACTION NO. 8:11-CV-01508-RWT |
| MARRIOTT INTERNATIONAL, INC., | : |
| Defendant. | : |

**STIPULATION FOR AN EXTENSION OF TIME FOR DEFENDANT MARRIOTT INTERNATIONAL, INC. TO RESPOND TO PLAINTIFFS' MOTION FOR LEAVE TO AMEND**

It is hereby stipulated, by and between counsel for Plaintiffs Mary DiFederico, Nicholas DiFederico, Erik DiFederico, and Greg DiFederico ("Plaintiffs"), and counsel for Defendant Marriott International, Inc., ("Marriott"), that the time within which Marriott may respond to Motion for Leave to Amend filed by Plaintiffs shall be extended to June 12, 2014. No prior extensions have been granted.

Respectfully submitted on this 2nd day of June, 2014, by:

By: /s/ Matthew P. Leto
    Andrew C. Hall, Esq.
    Matthew P. Leto, Esq.
    Hall, Lamb and Hall, P.A.
    2665 South Bayshore Drive
    Miami, Florida 33133
    (t) 305-374-5030
    mleto@hlhlawfirm.com

*Attorneys for Plaintiffs Mary DiFederico, Nicholas DiFederico, Erik DiFederico, and Greg DiFederico*

By: /s/ Paul K. Leary, Jr.
    Paul K. Leary, Jr., Esq. (PHV)
    Cozen O'Connor, P.C.
    1900 Market Street
    Philadelphia, PA 19103
    (t) 215-665-2000
    pleary@cozen.com

*Attorneys for Defendant Marriot International, Inc.*

## ORDER

The above application is ORDERED GRANTED, and the time under which Defendant, Marriott International, Inc., may respond to Motion for Leave to Amend filed by Plaintiffs be extended until June 12, 2014.

By: _____
The Honorable Roger W. Titus

Dated: June 10, 2014