IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
SOUTHERN DIVISION

| | |
|---|---|
| MARY DIFEDERICO, et al., | : |
| Plaintiffs, | : |
| v. | : CIVIL ACTION NO. 8:11-CV-01508-RWT |
| MARRIOTT INTERNATIONAL, INC., | : |
| Defendant. | : |

**STIPULATION FOR AN EXTENSION OF TIME FOR PLAINTIFFS TO FILE REPLY TO DEFENDANT'S RESPONSE TO MOTION FOR LEAVE TO AMEND**

It is hereby stipulated, by and between counsel for Plaintiffs Mary DiFederico, Nicholas DiFederico, Erik DiFederico, and Greg DiFederico ("Plaintiffs"), and counsel for Defendant Marriott International, Inc., ("Marriott"), that the time within which Plaintiffs may file a reply to Defendant's Response to Plaintiffs' Motion for Leave to Amend [D.E. 111] may be extended by a period of two days to June 30, 2014.[1]

Respectfully submitted on this 25th day of June, 2014 by:

Respectfully submitted,

/s/ Matthew P. Leto
Andrew C. Hall, Esquire
andyhall@hlhlawfirm.com
Matthew P. Leto, Esquire
mleto@hlhlawfirm.com
HALL, LAMB AND HALL, P.A.
2665 S. Bayshore Drive, Penthouse One
Miami, Florida 33133
305-374-5030 (P)
305-374-5033 (F)

---

[1] Since Defendants' Response was filed under seal, it was inaccessible through CM/ECF. Plaintiff received the Response on June 16, 2014 and as such, the due date contemplates the fourteen days provided for under the local rules.

{9764/00358697.1}

By:  /s Jonathan Azrael  
Jonathan A. Azrael  
Azrael, Franz, Schwab & Lipowitz, LLC  
101 E. Chesapeake Avenue, 5th Floor  
Towson, Maryland 21286  
Telephone:  410-821-6800  
Facsimile:  410-821-1265  
Email: Jazrael@aflaw.net  

*Attorney for Plaintiffs*  
*Mary DiFederico, Nicholas DiFederico, Erik DiFederico, and Greg DiFederico*

/s Paul O'Leary  
Paul O' Leary, Esquire  
Cozen O'Connor  
1627 I Street, NW, Suite 1100  
Washington, DC 20006  
Telephone: 202-912-4800  
Facsimile: 202-912-4830  
Email:  rwick@cozen.com  

*Attorney for Defendant,*  
*Marriott International, Inc.*

## **ORDER**

The above application is ORDERED GRANTED and the time under which Plaintiffs may file a reply to Defendant's Response to Plaintiffs' Motion for Leave to Amend [D.E. 111] is extended until June 30, 2014.

By:_____
The Honorable Roger W. Titus

Dated:  June   , 2014