IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| **MARY DIFEDERICO,** *et al.*, | * |
| Plaintiffs, | * |
| v. | *   Case No. RWT 11-cv-1508 |
| **MARRIOTT INTERNATIONAL, INC.,** | * |
| Defendant. | * |

## ORDER

Plaintiffs have filed a Motion for Leave to File Third Amended Complaint. ECF No. 104. The proposed amended complaint adds various factual allegations based upon evidence obtained during discovery and adds a claim for punitive damages. Defendant filed a response in opposition. ECF No. 111. Marriott argues that the request for leave to amend is being made in bad faith, is unduly prejudicial to Marriott, and is futile.

Federal Rule of Civil Procedure 15(a)(2) provides that "[t]he court should freely give leave [to amend a pleading] when justice so requires." Under this standard, leave to amend is freely given "unless 'the amendment would be prejudicial to the opposing party, there has been bad faith on the part of the moving party, or the amendment would have been futile.'" *Steinburg v. Chesterfield Cnty. Planning Comm'n*, 527 F.3d 377, 390 (4th Cir. 2008) (quoting *Laber v. Harvey,* 438 F.3d 404, 426 (4th Cir. 2006)).

The Court has considered Marriott's arguments but finds that under the liberal standard for granting leave to amend, such leave should be granted. Accordingly, it is this 26th day of June, 2014, by the United States District Court for the District of Maryland,

**ORDERED**, that Plaintiff's Motion for Leave to File Third Amended Complaint [ECF No. 104] **is GRANTED**; and it is further

**ORDERED**, that Plaintiff's proposed Third Amended Complaint [ECF No. 104-1] is deemed filed as of the date of this Order.

/s/
ROGER W. TITUS
UNITED STATES DISTRICT JUDGE