**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
SOUTHERN DIVISION**

| | : | |
|---|---|---|
| MARY DIFEDERICO, et al., | : | |
| | : | |
| Plaintiffs, | : | |
| | : | |
| v. | : | CIVIL ACTION NO. 8:11-CV-01508-RWT |
| | : | |
| MARRIOTT INTERNATIONAL, INC., | : | |
| | : | |
| Defendant. | : | |

**JOINT STIPULATION FOR EXTENSION OF TIME FOR PLAINTIFFS TO FILE RESPONSE TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT AND FOR DEFENDANT TO FILE REPLY TO PLAINTIFF'S RESPONSE**

It is hereby stipulated, by and between counsel for Plaintiffs Mary DiFederico, Nicholas DiFederico, Erik DiFederico, and Greg DiFederico ("Plaintiffs"), and counsel for Defendant Marriott International, Inc., ("Marriott"), that the time within which Plaintiffs may file a response to Defendant's Motion for Summary Judgment [D.E. 115] may be extended to August 4, 2014. In addition, the time within which Defendant may file a reply to Plaintiffs' Response may be extended to August 29, 2014. The parties certify that the aforementioned extensions will not affect any other deadlines or the hearing on Defendant's Motion for Summary Judgment scheduled for September 15, 2014.

Respectfully submitted on this 8th day of July, 2014 by:

                                              Respectfully submitted,

                                                    /s/ Matthew P. Leto
                                              Andrew C. Hall, Esquire
                                              andyhall@hlhlawfirm.com
                                              Matthew P. Leto, Esquire
                                              mleto@hlhlawfirm.com
                                              HALL, LAMB AND HALL, P.A.
                                              2665 S. Bayshore Drive, Penthouse One
                                              Miami, Florida 33133
                                              305-374-5030 (P)
                                              305-374-5033 (F)

| | |
|---|---|
| By:  /s Jonathan Azrael | /s Paul O'Leary |
| Jonathan A. Azrael | Paul O' Leary, Esquire |
| Azrael, Franz, Schwab & Lipowitz, LLC | Cozen O'Connor |
| 101 E. Chesapeake Avenue, 5th Floor | 1627 I Street, NW, Suite 1100 |
| Towson, Maryland 21286 | Washington, DC 20006 |
| Telephone:  410-821-6800 | Telephone: 202-912-4800 |
| Facsimile:  410-821-1265 | Facsimile: 202-912-4830 |
| Email: Jazrael@aflaw.net | Email:  rwick@cozen.com |
| *Attorney for Plaintiffs* | *Attorney for Defendant,* |
| *Mary DiFederico, Nicholas* | *Marriott International, Inc.* |
| *DiFederico, Erik DiFederico,* | |
| *and Greg DiFederico* | |

## **ORDER**

The above application is ORDERED GRANTED and the time under which Plaintiffs may file a response to Defendant's Motion for Summary Judgment [D.E. 115] is extended to August 4, 2014 and the time within which Defendant may file a reply to Plaintiffs' Response is extended to August 29, 2014.

By:_____
The Honorable Roger W. Titus

Dated:  July   , 2014