# UNITED STATES DISTRICT COURT
# DISTRICT OF MARYLAND

**ROGER W. TITUS**
**UNITED STATES DISTRICT JUDGE**

**6500 CHERRYWOOD LANE**
**GREENBELT, MARYLAND 20770**
**301-344-0052**

## M E M O R A N D U M

TO:        Counsel of Record

FROM:      Judge Roger W. Titus

RE:        *DiFederico, et al. v. Marriott International, Inc.*
           Civil No. RWT-11-1508

DATE:      September 9, 2014

\* \* \* \* \* \* \* \* \*

A telephone status conference is hereby scheduled for **September 10, 2014 at 12:00 p.m.** to be initiated by counsel for the Plaintiff.

Despite the informal nature of this ruling, it shall constitute an Order of the Court, and the Clerk is directed to docket it accordingly.

_____/s/_____
Roger W. Titus
United States District Judge